**Opinion issued August 2, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01–12–00330–CV

---

**SHANTELE ENGLISH, Appellant**

**V.**

**TIDEWATER FINANCE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1005013**

---

## MEMORANDUM OPINION

Appellant, Shantele English, has neither paid the required filing fee for this

appeal nor established indigence for purposes of appellate costs.   *See* TEX. R. APP.

P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Appellant was notified on April 9, 2012 that this appeal was subject to dismissal if she did not pay the fee by April 19, 2012. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant was again notified on June 11, 2012 that this appeal was subject to dismissal if she did not pay the fee by June 21, 2012. After being notified again that this appeal was subject to dismissal, appellant did not adequately respond. *See id.*

Appellant has also neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of

appeal for want of prosecution if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal for want of prosecution).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.